# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-4668

———————————————

Colandro Dewayne Peters,

   Petitioner,

v.

Florida Department of
Corrections,

   Respondent.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.

December 12, 2018

Per Curiam.

   The petition for writ of mandamus is denied on the merits.

Lewis, Winokur, and Jay, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Colandro Dewayne Peters, pro se, Petitioner.

No appearance for Respondent.